**2002–0714.   Long v. MacDonald.**
Crawford App. No. 3–02–10. On motion for stay of court of appeals' decision. Motion denied.

**2002–0742.   Crown Heating & Cooling, Inc. v. Trickett.**
Portage App. No. 2001–P–0001, 2002-Ohio-1473. On motion for stay of the court of appeals' judgment. Motion denied.

LUNDBERG STRATTON, J., would grant upon increasing the bond.

COOK, J., not participating.

**2002–0785.   Irvine v. Akron Beacon Journal.**
Summit App. Nos. 20450 and 20524, 2002-Ohio-83 and 2002-Ohio-2204. On motion for stay of the court of appeals' judgment. Motion granted without bond.

F.E. SWEENEY and PFEIFER, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2002–0242.   State v. Brown.**
Montgomery App. No. 18972, 2001-Ohio-7073.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–0289.   Cleveland Police Patrolmen's Assn. v. Cleveland.**
Cuyahoga App. No. 78427.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–0352.   Voshing v. Auto–Owners Ins. Co.**
Licking App. No. 01CA56. Appeal allowed and cause held for the decision in 2001–1786, *Lemm v. The Hartford*, Franklin App. No. 01AP–251; briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**2002–0361.   Pickett v. Ohio Farmers Ins. Co.**
Stark App. Nos. 2001CA00227 and 2001CA00236, 2002-Ohio-259. Appeal allowed and cause held for the decision in 2001–1786, *Lemm v. The Hartford*, Franklin App. No. 01AP–251; briefing schedule stayed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–0422.   State v. Comer.**
Lucas App. No. L–99–1296, 2002-Ohio-233. Discretionary appeal allowed and cause consolidated with 2002–0351, *State v. Comer*, Lucas App. No. L–99–1296, 2002-Ohio-233.

F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

RESNICK, J., not participating.